IN THE MIDDLE DISTRICT COURT OF MACON GEORGIA DIVISION

CASE NO:
CIVIL COMPLAINT
JURY TRIAL

PLAINTIFFS
| | |
|---|---|
| TAVERN L. DOWNING SR) | TAVERN L. DOWNING JR) |
| DOLLIE A. DOWNING) | CASMINE OBRYANT) |
| TYLIA DOWNING) | VICTOR DOWNING) |
| SAUL DOWNING) | ANTHONY DOWNING) |
| MARVIN ROBINSON) | TAKEITHA DOWNING) |
| MARVIN WELLS) | RICHARD SCOTT) |
| BENNIE OLGETREE) | WILLIAM GRAHAM) |
| YOLANDA SPELLS) | HENRY HARRIS) |
| CALVIN POTTER | |

VS
DEFENDANTS
| | |
|---|---|
| JESSES THOMSON) | JARRET ARRINGTON) |
| PAUL MCDUFFIE) | MARCUS BAKER) |
| JOEL PRESLEY) | PAIGE MILLER) |
| ROBERT COLLINS III) | TONY A. MAY) |
| DEBORAH STRATHAM) | JEFFEREY WOODARD) |
| JIM MACDONALD) | BIBB COUNTY SHERIFF DEPARTMENT) |
| DEA ATLANTA) | UNITED STATES POST OFFICE) |
| 41 NBC NEWS) | 24 WGXA NEWS) |
| REGINALD NELSON) | |

CIVIL COMPLAINT TWO HUNDRED AND FORTY MILLION DOLLARS
240,000.000,00

COUNT 1
CONSPIRACY AND AIDING AND ABETTING TO UNLAWFULLY SEARCH AND SEIZE PROPERTY FROM TAVERN DOWNING SR HOME. ALL IN VIOLATION OF TAVERN DOWNING SR 4,5, AND 8TH AMENDMENT CONSTITUTIONAL RIGHTS AND THE LAWS OF THE STATE OF GEORGIA AND THE UNITED STATES CONSTITUITION.
ON FEBUARY 15, 2019 JESSES THOMSON, JARRETT ARRINGTON, REGINALD NELSON,  PAUL MCDUFFIE, MARCUS BAKER, JOEL PRESLEY, DRUG ENFORCEMENT AGENCY, USPS AND BIBB COUNTY SHERIFF DEPARMENT, DID KNOWINGLY, INTENTIONALLY, AND WILLINGFULLY CONSPIRED AND AIDED AND ABETTED EACH OTHER TO UNLAWFULLY SEARCH AND SEIZE PROPERTY FROM TAVERN DOWNING HOME. DAMAGES 20 MILLION TO 240 MILLION DOLLARS.

COUNT 2
CONSPIRACY AND AIDING AND ABETTING TO COMMIT RECKLESS ENDANGERMENT AGAINST TAVERN DOWNING SR, VICTOR DOWNING, TYLIA DOWNING, AND SAUL DOWNING. ALL IN VIOLATION OF TAVERN DOWNING SR 5 AND 8TH AMENDMENT CONSTITUTIONAL RIGHTS AND THE LAWS OF THE STATE OF GEORGIA AND THE UNITED STATES CONSTITUITION.
 ON FEBUARY 15,2019 JESSES THOMSON, REGINALD NELSON, JARRETT ARRINGTON, PAUL MCDUFFIE, MARCUS BAKER, JOEL PRESLEY, USPS AND BIBB SHERIFF DEPARTMENT DID KNOWINGLY, INTENTIONALLY, AND WILLINGFULLY CONSPIRED AND AIDED AND ABETTED EACH OTHER TO COMMIT RECKLESS ENDANGERMENT AGAINST TAVERN DOWNING SR, VICTOR DOWNING, TYLIA DOWNING, AND SAUL DOWNING. DAMAGES 20 MILLION TO 240 MILLION DOLLARS.

COUNT 3
CONSPIRACY AND AIDING AND ABETTING TO HOME INVADE TAVERN DOWNING SR HOME ALL IN VIOLATION OF TAVERN DOWNING SR 4,5, AND 8TH AMENDMENT CONSTITUTIONAL RIGHTS AND THE LAWS OF THE STATE OF GEORGIA AND THE UNITED STATES CONSTITUITION.
 ON FEBUARY 15, 2019 JESSES THOMSON, JARRETT ARRINGTON, REGINALD NELSON,   PAUL MCDUFFIE, MARCUS BAKER, JOEL PRESLEY, USPS AND BIBB COUNTY SHERIFF DEPARMENT, DID KNOWINGLY, INTENTIONALLY, AND WILLINGFULLY CONSPIRED AND AIDED AND ABETTED EACH OTHER TO HOME INVADE TAVERN DOWNING SR HOME. DAMAGES 20 MILLION TO 240 MILLION DOLLARS.

## COUNT 4

CONSPIRACY AND AIDING AND ABETTING TO UNLAWFULLY SEARCH AND DESTROY PROPERTY FROM TAVERN DOWNING SR HOME. ALL IN VIOLATION OF TAVERN DOWNING SR 4,5, AND 8TH AMENDMENT CONSTITUTIONAL RIGHTS AND THE LAWS OF THE STATE OF AND THE UNITED STATES CONSTITUITION.

ON FEBUARY 15, 2019 JESSES THOMSON, JARRETT ARRINGTON, REGINALD NELSON, PAUL MCDUFFIE, MARCUS BAKER, JOEL PRESLEY, USPS, DRUG ENFORCEMENT AGENCY AND BIBB COUNTY SHERIFF DEPARMENT, DID KNOWINGLY, INTENTIONALLY, AND WILLINGFULLY CONSPIRED AND AIDED AND ABETTED EACH OTHER TO UNLAWFULLY SEARCH AND DESTROY PROPERTY FROM TAVERN DOWNING SR HOME. DAMAGES 20 MILLION TO 240 MILLION DOLLARS.

## COUNT 5

CONSPIRACY AND AIDING AND ABETTING TO UNLAWFULLY SEARCH AND STEAL OVER 600 BITCOINS DIGITIAL CURRENCY FROM TAVERN DOWNING SR HOME. ALL IN VIOLATION OF TAVERN DOWNING SR 4,5, AND 8TH AMENDMENT CONSTITUTIONAL RIGHTS AND THE LAWS OF THE STATE OF GEORGIA AND UNITED STATES CONSTITUITION.

ON FEBUARY 15, 2019 JESSES THOMSON, JARRETT ARRINGTON, PAUL MCDUFFIE, MARCUS BAKER, JOEL PRESLEY, REGINALD NELSON,USPS AND BIBB COUNTY SHERIFF DEPARMENT, DID KNOWINGLY, INTENTIONALLY, AND WILLINGFULLY CONSPIRED AND AIDED AND ABETTED EACH OTHER TO UNLAWFULLY SEARCH AND STEAL OVER 600 BITCOINS DIGITIAL CURRENCY FROM TAVERN DOWNING SR, HENRY HARRIS,MARVIN ROBINSON,DOLLIE DOWNING,MARVIN WELLS,YOLANDA SPELLS,TAKEITHA DOWNING,RICHARD SCOTT, BENNIE OLEGTREE, CASMINE OBRYANT, ANTHONY DOWNING, WILLIAM GRAHAM and CALVIN POTTER. DAMAGES 20 MILLION TO 240 MILLION DOLLARS.

## COUNT 6

CONSPIRACY AND AIDING AND ABETTING TO UNLAWFULLY FALSE IMPRISON TAVERN DOWNING SR. ALL IN VIOLATION OF TAVERN DOWNING SR 4,5, AND 8TH AMENDMENT CONSTITUTIONAL RIGHTS AND THE LAWS OF THE STATE OF GEORGIA AND THE UNITED STATES CONSTITUITION.

ON FEBUARY 15, 2019 JESSES THOMSON, JARRETT ARRINGTON, REGINALD NELSON, PAUL MCDUFFIE, MARCUS BAKER, JOEL PRESLEY, USPS AND BIBB COUNTY SHERIFF DEPARMENT, DID KNOWINGLY, INTENTIONALLY, AND WILLINGFULLY CONSPIRED AND AIDED AND ABETTED EACH OTHER TO UNLAWFULLY FALSE IMPRISONMENT TAVERN DOWNING SR. DAMAGES 20 MILLION TO 240 MILLION DOLLARS.

## COUNT 7

CONSPIRACY AND AIDING AND ABETTING TO UNLAWFULLY COMMIT DEFAMATION OF CHARACTER AGAINST TAVERN DOWNING SR. ALL IN VIOLATION OF TAVERN DOWNING SR 5 AND 8TH AMENDMENT CONSTITUTIONAL RIGHTS AND THE LAWS OF THE STATE OF GEORGIA AND THE UNITED STATES CONSTITUITION.

ON FEBUARY 15, 2019 JESSES THOMSON, JARRETT ARRINGTON, REGINALD NELSON, PAUL MCDUFFIE, MARCUS BAKER, JOEL PRESLEY, USPS, 41 NBC NEWS, 24 WXGA NEWS AND BIBB COUNTY SHERIFF DEPARMENT, DID KNOWINGLY, INTENTIONALLY, AND WILLINGFULLY CONSPIRED AND AIDED AND ABETTED EACH OTHER TO UNLAWFULLY COMMIT DEFAMATION OF CHARACTER AGAINST TAVERN DOWNING SR. DAMAGES 20 MILLION DOLLARS TO 240 MILLION DOLLARS.

## COUNT 8

CONSPIRACY AND AIDING AND ABETTING TO UNLAWFULLY STEAL OVER 600 BITCOINS DIGITIAL CURRENCY FROM TAVERN DOWNING SR PROPERTY. ALL IN VIOLATION OF TAVERN DOWNING SR 4,5, AND 8TH AMENDMENT CONSTITUTIONAL RIGHTS AND THE LAWS OF THE STATE OF GEORGIA AND THE UNITED STATES CONSTITUITION.

ON OR ABOUT JANUARY 5TH 2023 UNTIL NOVEMBER 6TH 2023, PAIGE MILLER, ROBERT COLLINS III, TONY A. MAY DEBORAH STRATHAM, JEFFEREY WOODARD, JIM MACDONALD, DID KNOWINGLY, INTENTIONALLY, AND WILLINGFULLY CONSPIRED TO AIDED AND ABETTED EACH OTHER TO UNLAWFULLY STEAL OVER 600 BITCOINS DIGITIAL CURRENCY VALUED AT OVER 20 MILLION DOLLARS.

## COUNT 9

CONSPIRACY AND AIDING AND ABETTING TO COMMIT DISCRIMINATION AGAINST TAVERN DOWNING SR. . ALL IN VIOLATION OF TAVERN DOWNING SR 5TH AND 8TH AMENDMENT CONSTITUTIONAL RIGHTS AND THE LAWS OF THE STATE OF GEORGIA AND THE UNITED STATES CONSTITUITION.

ON FEBUARY 15, 2019 JESSES THOMSON, JARRETT ARRINGTON, REGINALD NELSON, PAUL MCDUFFIE, MARCUS BAKER, JOEL PRESLEY, USPS, 41 NBC NEWS, 24 WXGA NEWS AND BIBB COUNTY SHERIFF DEPARMENT, DID KNOWINGLY, INTENTIONALLY, AND WILLINGFULLY CONSPIRED AND AIDED AND ABETTED EACH OTHER TO UNLAWFULLY COMMIT RACIAL DISCRIMINATION AGAINST TAVERN DOWNING SR. DAMAGES 10 MILLION DOLLARS TO 240 MILLION DOLLARS.

## COUNT 10

ON NOVEMEBER 2ND 2023 TONY MAY DID KNOWINGLY, INTENTIONALLY AND WILLINGFULLY INTIMADITED AND ATTEMPTED TO COMMIT TERRORISTIC THREATS WHILE CONSPIRING WITH OTHER BOTH KNOWN AND UNKNOWN TO DETER TAVERN DOWNING SR FROM RETRIEVING HIS PROPERTY. ALL IN VIOLATION OF TAVERN DOWNING SR 5th AND 8TH AMENDMENT CONSTITUTIONAL RIGHTS AND THE LAWS OF THE STATE OF GEORGIA AND THE UNITED STATES CONSTITUITION. DAMAGES 20 MILLION TO 240 MILLION.

## COUNT 11

CONSPIRACY AND AIDING AND ABETTING TO UNLAWFULLY COMMIT FRAUD/MISREPRESENTATION OF FACTS AGAINST TAVERN DOWNING SR. ALL IN VIOLATION OF TAVERN DOWNING SR 5 AND 8TH AMENDMENT CONSTITUTIONAL RIGHTS AND THE LAWS OF THE STATE OF GEORGIA AND THE UNITED STATES CONSTITUITION.
ON FEBUARY 15, 2019 JESSES THOMSON, JARRETT ARRINGTON, REGINALD NELSON, PAUL MCDUFFIE, MARCUS BAKER, JOEL PRESLEY, USPS, 41 NBC NEWS, 24 WXGA NEWS AND BIBB COUNTY SHERIFF DEPARMENT, DID KNOWINGLY, INTENTIONALLY, AND WILLINGFULLY CONSPIRED AND AIDED AND ABETTED EACH OTHER TO UNLAWFULLY COMMIT FRAUD/MISREPRESENTATION OF FACTS AGAINST TAVERN DOWNING SR. DAMAGES 20 MILLION DOLLARS TO 240 MILLION DOLLARS.

INCIDENT REPORT BACKGROUND

On February 15 2019 Bibb County Sheriff Office, Usps Postal Inspector, and DEA Diversion Team Unlawfully Home invaded Tavern Downing home, unlawfully searched and seized over 600 bitcoins and destroyed his laboratory, research chemicals, and destroyed his home unlawfully and without probable cause. SEE Attach Exhibit (A) Order from the Superior Court Judge Mincey.

On February 15, 2019, 11:10 pm USPS Inspector Jarret Arrington delivered a package with a trip wire to set off an alert once the package is open to notify the officer when they have authority to come into the home to make arrest of the suspects involved in the investigation, the package contained 10 pounds of MDMA. At 12:10 pm the trip wire still had not been triggered, however; Bibb County Sheriff Officers home invaded and detained Tavern Downing and his family without the trip wire triggering to give them authority to come onto the Downing's property or search their home. Once the officers forced their way into the residence they began screaming and yelling and storming the home. They placed everyone in handcuffs and began to interrogate everyone and humiliate everyone. They put handcuffs on Tavern Downing threw him into a chair facing the wall and began to ruff him up and started screaming at him, his kids ages 1,2, and 3 years old were traumatized, the kids were screaming and crying daddy daddy/his fiancé was confused as to what was going on, Tavern confused as to what was going on. Everyone was terrified. Police officers screaming and yelling and running through the home shouting orders/slamming doors and screaming. After they secured the inside of the home, the officer began to interrogate Tavern Downing "saying you know those your drugs so be a man and own up to your shit". "You are not going to get out of this one. Your ass is going to jail. So, tell us what we need to know." Tavern Downing, "man I don't know what drugs you are talking about". "Officer, "so you don't know about those drugs on the table over there". Tavern Downing, "what drugs are you talking about." Officer, "so you want to play dumb huh" Downing, "I am not playing dumb what drugs are you talking about?" Officer, "the fucking drugs that you ordered". Downing confused "what drugs are you talking about, I didn't order no fucking drugs are you stupid or something?" Officer, "yeah play stupid now all you want, but your ass going to jail, you better try and help yourself." Downing, "Help myself how?" Officer, "work with us and we will work with you, if you don't want to be in prison all your life, that's a lot of fucking drugs you ordered". Downing, "man I didn't order no fucking drugs, so I can't help myself in working with you." Officer, "oh you so want to be the tuff guy, you keeping it real huh?" Downing, "man as I said I did not order that shit and I don't know where it came from."

As the Saga continued, Downing and his family was placed outside on the ground while the officers continued to search and destroy his home. One officer came outside and loudly said to the crowd of spectators these drug dealers are going to jail for a very long time. We are keeping the community clean from people like this. Downing felt very humiliated behind the officer making that statement as if Downing was actual a drug dealer. Downing felt horrible. His long-time neighbors looking at him in disdain. Downing asked the officer "why am I going to jail? Officer Oh you going to jail for all those drugs you ordered." Downing "Man I didn't order those drugs." Officer stated, "well if you were an old white man, we would believe you. Keep acting dumb and you going to spend the rest of your life in prison. You think with all these police officers out here and the news people out here you aren't going to jail? Someone is going to jail." Downing "but I didn't do nothing wrong." Officer "if you did or didn't do nothing wrong, you are going to jail, we not going to look stupid out here."

After about 3 hours Downing was escorted to a transport van and taken to jail.

4 years and 8 months later October 18th, 2023, The Superior Judge dismissed all charges. SEE Attach Exhibit (A) Order from the Superior Court Judge Mincey. After the dismissal Downing waited 3 weeks before he started to seek his property, giving the Bibb County Sheriff Office time to release his property after the dismissal order. The Sheriff Office never voluntarily released his property, so Downing contacted the Sheriff Office to get his property, but to his surprise the sheriff Office said the DA office had his property and he needs to contact the DA office. Downing contacted the DA office to get his property and the DA office said the Sheriff office had his property. So, Downing contacted the Sheriff Office again to get his property, the Sheriff office once again stated that the DA office has the property and had the property since January of 2023. On November 2nd Downing got frustrated and went in person to the DA office and demanded his property. After waiting for several hours One Huge white guy and a medium size guy came out and ask him what was he there for? Downing Said I came to get my property. Their response isn't happening today, and we don't know if we got your property but don't be making any threats around here. That can get you thrown in jail. As Downing was leaving downtown his phone buzzed and he had an email from Tony May stating that the DA Office never had his property, and that the Sheriff Office has the property.
After about three days of going back and forth with the Sheriff Office and the DA Office, The DA Office turned over some of Downing Property back over to the Sheriff Office, However, Downing was missing his cold wallets that held over 600 bitcoins valued over 20 million dollars.

CERTIFICATE OF SERVICE

I Tavern Downing Sr swear under the penalty of perjury on December 10, 2023, that the above is the truth to the best of my knowledge.

All parties listed above and below have been served a copy of this complaint.

Tavern Downing Sr.

Email: glizeego@gmail.com

2625 Kershaw Dr

Jacksonville FL 32211

| BIBB SHERIFF OFFICE AND EMPLOYEES | DA OFFICE AND EMPLOYEES |
|---|---|
| JESSES THOMSON | TONY A MAY |
| JEFFEREY WOODARD | ROBERT COLLINS II |
| PAUL MCDUFFIE | PAIGE MILLER |
| JOEL PRESLEY | |
| DEBORAH STRATHAM | |
| JIM MACDONALD | |
| REGINALD NELSON | |
| MARCUS BAKER | |
| DRUG ENFORCEMENT AGENCY ATLANTA) | |
| 41 NBC NEWS) | |
| 24 WGXA NEWS) | |

CERTIFICATE OF SERVICE

I Tavern Downing Sr swear under the penalty of perjury on December 10, 2023, that the above is the truth to the best of my knowledge.

All parties listed above and below have been served a copy of this complaint.

_____

Tavern Downing Sr.

Email: glizeego@gmail.com

2625 Kershaw Dr

Jacksonville FL 32211

BIBB SHERIFF OFFICE AND EMPLOYEES      DA OFFICE AND EMPLOYEES

JESSES THOMSON                          TONY A MAY
JEFFEREY WOODARD                        ROBERT COLLINS II
PAUL MCDUFFIE                           PAIGE MILLER
JOEL PRESLEY
DEBORAH STRATHAM
JIM MACDONALD
REGINALD NELSON
MARCUS BAKER
DRUG ENFORCEMENT AGENCY ATLANTA)
41 NBC NEWS)
24 WGXA NEWS)